KUPFER BROTHERS COMPANY, Respondent, v. THE CHEMICAL NATIONAL BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.